FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Anthony Gibson (33886-034)
Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 19-13243

versus

SECTION HMAG.5

TANGIPAHOA PARISH SHERIFF OFFICE; Sgt Skaggs; Sgt McGowan, individual and Official

UNITED STATES OF AMERICA; Individual and Official Capacity, Hellary Green Jr.

Individual and official capacity: LT. Fynn; Individual and Official, Sgt, Holiday

Individual and Official Capacity: Sgt. Brock; Individual and Official, Jane Doe;

Individual and Official Capacity: Sgt. Shelton; Individual and Official, John Doe;

Individual and Official Capacity: Sgt. Brown;

Print the full name of all defendants in this
action.
DO NOT WRITE et al.

COMPLAINT

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes ( )   No (X)

TENDERED FOR FILING

NOV 18 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs __N/A__

   Defendants _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____

II. PLACE OF PRESENT CONFINEMENT: __F.C.I., Talladega__

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No (X)

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

    2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: __**I filed my Grievance procedure at the place of the incident, at the Tangipahoa Parish Jail. See attachment:**__

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) **Anthony Gibson**

Prisoner Number **33886-034**

Address **F.C.I., Talladega, P.O. BOX 1000, Talladega AL. 35160**

Date of Birth **5-8-1970**

Date of Arrest **Janurary 2013**

Date of Conviction **Feburary 2014**

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant __Parish Sheriff Office__ is employed as __Sheriff__ over the Tangipahoa Jail at __101 Campo Lane Amite, LA 70422__

Address for service: _____

C. Defendant __LT. Fynn__ is employed as __Correctional Officer__ at __Tangipahoa Parish County Jail__
Address for service: __101 Campo Lane, Amite, LA 70422__

D. Defendant __SGT. Brock__ is employed as __Correctional Officer__ at __Tangipahoa Parish County Jail__
Address for service: __101 Campo Lane, Amite LA 70422__

E. Defendant __SGT. Shelton__ is employed as __Correctional Officer__ at __Tangipahoa Parish County Jail__
Address for service: __101 Campo Lane, Amite, LA 70422__

F. Defendant __SGT. Brown__ is employed as __Correctional Officer__ at __Tangipahoa Parish County Jail__
Address for service: __101 Campo Lane, Amite LA 70422__

G. Defendant __SGT. Holiday__ is employed as __Correctional Officer__ at __Tangipahoa Parish County Jail__
Address for service: __101 Campo Lane, Amite, LA 70422__

See Original complaint for the rest of Defendants (United States of America; Jane Doe and John Doe; Sgt. Skaggs; Sgt. McGowan; Hellary Greene Jr.)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

__See Original filed complaint, Pg-24 thru 25 for discription of each defendant.__

4

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Seeking a settlement for $250,000.00 from each defendant, or will like to proceed to a jury trial

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 1st day of November, 2019.

_____
(Signature of Plaintiff)

10/2015

5