UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY GIBSON | CIVIL ACTION |
| VERSUS | NUMBER: 19-13243 |
| TANGIPAHOA PARISH SHERIFF'S OFFICE; ET AL. | SECTION: "H"(5) |

## O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' motion is granted and that Plaintiff's suit is dismissed with prejudice.

**IT IS FURTHER ORDERED** that his Motion for Extension of Time is **DENIED AS MOOT**.

New Orleans, Louisiana, this 23rd day of July, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE